ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Walsh Construction Company | ) ASBCA Nos. 60525, 61041, 61631 |
| | )            61741 |
| | ) |
| Under Contract No. N62742-10-C-1301 | ) |

APPEARANCES FOR THE APPELLANT:     Larry W. Caudle, Jr., Esq.
                                                 Jonathan J. Straw, Esq.
                                                  Kraftson Caudle LLC
                                                  McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                                  Navy Chief Trial Attorney
                                                  Brian S. Smith, Esq.
                                                    Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $2,000,000. This amount is inclusive of interest. No further interest shall be paid.

Dated: November 2, 2020

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur

_____                   _____
JOHN J. THRASHER                            RICHARD SHACKLEFORD
Administrative Judge                        Administrative Judge
Chairman                                    Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 60525, 61041, 61631, and
61741, Appeals of Walsh Construction Company, rendered in conformance with the
Board's Charter.

        Dated:  November 3, 2020


                                    _____
                                    PAULLA K. GATES-LEWIS
                                    Recorder, Armed Services
                                    Board of Contract Appeals

2